IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GILBERT R. JENKINS | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 09-268-JJB-SCR |
| ILLINOIS CENTRAL RAILROAD COMPANY, ET AL. | § § § | Judge Brady Magistrate Judge Riedlinger |
| Defendants. | § § | |

## ORDER GRANTING MOTION TO WAIVE COUNSEL

Came on the Motion to Waive Counsel, and it appearing the motion is proper and well taken, it is therefore

ORDERED that the Motion to Waive Counsel be granted; and it is

ORDERED that counsel for Trinity Rail Group, LLC ("Trinity") be allowed to act for Trinity with respect to this litigation without retaining local counsel.

_____
JUDGE PRESIDING

D-1988008_1.DOC